A. B. Smith Piano Co. v. 1st Tr. & Sav. Bk. OA. 6 Abs. 467; OS. No. 21245, 6 Abs. 405.

Allison v. Stevens, Mayor. OA. 6 Abs. 470; 23 Oh. Ap. 259★.

American Can Co. v. Hayes. OA.. 6 Abs. 465.

Browning Bros. Amusement Co. v. Mater, Jr. OS. No. 21308, 6 Abs. 471.

Burwell v. B. & O. Rd. Co. OA. 6 Abs. 461; OS. No. 21175, 6 Abs. 357, MCO. 389.

Campbell v. Woster et. OS. No. 21307, 6 Abs. 471.

Carollo v. N. Y. Cent. Rd. Co. OA. 6 Abs. 468.

Creager, Admr. v. Dayton Power & Light Co. et. OS. No. 21306, 6 Abs. 471.

Davidson et v. Davidson et. OS. No. 21301, 6 Abs. 471.

Desure et v. Mitchell et. OS. No. 21309, 6 Abs. 471.

Grant Holub Co. v. Goodman. OA. 6 Abs. 470; OS. No. 20223, 4 Abs. 867; MCO. 5 Abs. 29; 23 Oh. Ap. 540★.

Green Cab Co. v. Barr. OA. 6 Abs. 464; OS. No. 20824, 5 Abs. 781; MCO. 6 Abs. 13.

Harten-Brooks Co. v. Gayer. OA. 6 Abs. 469; OS. No. 20907, 6 Abs. 45, MCO. 93; 23 Oh. Ap. 458★.

Kaufman Rlty. Co. v. Unknown Hrs. of Lucas. OA. 6 Abs. 469; 23 Oh. Ap. 470★.

Harvard Mortg. Co. v. Nelson et. OS. No. 21303, 6 Abs. 471.

Hess, Aud. et v. Cincinnati (City) et. OS. No. 21312, 6 Abs. 471.

Indust. Comm. v. Kaufman. OS. No. 21313, 6 Abs. 471.

Kemper et v. Weishahn. (S. R.)' OS. No. 21188, 6 Abs. 373, MCO. 389.

Kinsel v. Gross. OA. 6 Abs. 472; OS. P. 4 Abs. 623; 23 Oh. Ap. 532★.

Klein et v. Kaufman Realty Co. OA. 6 Abs. 466.

Knoblesdorf v. Leopold Furniture Co. OS. No. 21300, 6 Abs. 471.

Lazarus v. Cleve. House. Sup. Co. OA. 6 Abs. 471; OS. No. 20147, 4 Abs. 742; OS. P. 4 Abs. 802; MCO. 5 Abs. 11; 23 Oh. Ap. 15★; 22 Oh. Ap. 464★.

Maryland Cas. Co. v. Klies, Admr. OS. No. 21304, 6 Abs. 471.

National Tourist Camp & Fire Co. v. Miami Oil Co. OS. No. 21305, 6 Abs. 471.

Northwestern Lumb. Co. v. Remusat et. OA. 6 Abs. 466.

Ohio Elect. Power Co. v. State ex Martin. OS. No. 21302, 6 Abs. 471.

Pavilonis v. Valentine . . (S. R.) OS. No. 21221, 6 Abs. 389.

Schnoff v. Un. Tr. Co. OS. No. 21311, 6 Abs. 471.

Schraeder v. State. OA. 6 Abs. 459.

Schuebeler v. Lilly. OA. 6 Abs. 469; 23 Oh. Ap. 481.

Sisson y. Irish. OA. 6 Abs. 470; OS. P. 4 Abs. 768; 23 Oh. Ap. 462★.

Steimn v. Cleve. Ry. Co. OA. 6 Abs. 469; 23 Oh. Ap. 448★.

Story v. Knapp et. OA. 6 Abs. 472; 161 NE. 408.

Sudro v. Sudro. OA. 6 Abs. 460.

Unger, Exr. v. Atkinson. OA. 6 Abs. 463.

Valentine v. Pavilonis. (S. R.) OA. 6 Abs. 359; OA. 6 Abs. 462; 27 Oh. Ap. 26★; 160 NE. 737.

Weishahn v. Kemper et. (S. R.) OA. 6 Abs. 467.

Yetter v. Tremper et. OS. No. 21310, 6 Abs. 471.

Zimmer v. State. OA. 6 Abs. 459.

---

21312—Hess, Auditor et v. City of Cincinnati; motion for Hamilton Appeals to certify. C. P. Taft, II, Augustus Beall, Jr., Cincinnati, for plaintiff; Jno. D. Ellis, R. A. Kriemer, Cincinnati, for defendant.

21313—Indust. Com. v. Kauffman; motion for Hamilton Appeals to certify. E. C. Turner, Atty. Genl., R. R. Zurmhely, Columbus, and C. A. Dorger, Cincinnati, for plaintiff.

(Continued from Page 458)

931 PRACTICE & PROCEDURE.
Allison v. Stevens. OA. 6 Abs. 470.
See 384 Demurrer. Schubeler v. Lilly. OA. 6 Abs. 469.

991. RAILROADS.
See 923 Pleadings. Carollo v. N. Y. C. Rd. Co. OA. 6 Abs. 468.

997. REAL ESTATE.
See 704 Land Contracts. Kaufman Rlty. Co. v. Unknown Heirs of Lucas. OA. 6 Abs. 469.

1002. RECEIVERS.
See 1197 Trusts & Trustees. Story v. Knapp et. OA. 6 Abs. 472.

1100. SPECIFIC PERFORMANCE.
Sisson v. Irish. OA. 6 Abs. 470.

1104. STATUTES.
Allison v. Stevens. OA. 6 Abs. 470.

1115. STREET RAILWAYS.
Steiman v. Cleve. Ry. Co. OA. 6 Abs. 469.

1197. TRUSTS & TRUSTEES:
Story v. Knapp et. OA. 6 Abs. 472.

1223. VACATION—of Judgments.
See 114 Attorney & Client. Lazarus v. Cleve. House. Sup. Co. OA. 6 Abs. 471.

1231. VENUE.
Zimmer v. State. OA. 6 Abs. 459.

1235. VERDICTS.
See 1265 Weight of Evidence. Klein et v. D. W. Kaufman Realty Co. OA. 6 Abs. 466.

1265. WEIGHT OF EVIDENCE.
Klein et v. D. W. Kaufman Realty Co. OA. 6 Abs. 466.
See 118 Automobile. Harten-Brooks Co. v. Gayer. OA. 6 Abs. 469.
Kinsel v. Gross. OA. 6 Abs. 472.

1288. WRIT—of Prohibition.
Allison v. Stevens. OA. 6 Abs. 470.

---

KINSEL v. GROSS.

Ohio Appeals, 5th Dist., Perry Co.

T. M. Potter, New Lexington, for Kinsel.
E. C. Wagner, New Lexington, for Gross.

HOUCK, J.

1265. WEIGHT OF EVIDENCE.

Finding of jury on conflicting evidence as to existence of special contract in action for work will not be interfered with by Court of Appeals; questions as to which party was telling truth being for jury, not reviewing court.

Shields, J., and Sayre, J., the latter of the 4th Dist., sitting, concur.

For reference to full opinion, see Omnibus Index, last page, this issue.

---

STORY v. KNAPP et.

Ohio Appeals, 1st Dist., Hamilton Co.

John Weld Peck, Cincinnati, for trustees.
Rottinger & Street, Cincinnati, for cross-petitioner.
Nichols, Morrill & Ginter and Hicks & Hicks, Cincinnati, for Knapp et.

HAMILTON, PJ.

1197. TRUSTS & TRUSTEES—677. Judgments & Decrees—1002. Receivers.

Where circuit court determined all terms, conditions, and rights in trust by decree remanding case to court of Common Pleas for execution of trust and, on second appeal from order for election of trustees annually, set aside such order and appointed persons elected as permanent trustees to carry out trust "in accordance with the findings and orders of said court of Common Pleas," circuit court retained nothing on which appointment of receiver on cross-petition therein could be based.

(Mills & Cushing, JJ., concur.)

For reference to full opinion, see Omnibus Index, last page, this issue.